UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   20-MJ-02247-CMM

IN RE:   SEALED COMPLAINT

_____/

## SEALED MOTION TO SEAL COMPLAINT

NOW COMES the United States of America, by and through its undersigned attorney, and respectfully requests that the Complaint (DE 1), filed February 18, 2020 in this matter, the affidavit supporting the Complaint, this motion, and any resulting order be SEALED until further order of this court. However, we request that the United States Attorney's Office and defense counsel be permitted to obtain copies of the complaint. The grounds for this Motion is that the integrity of the ongoing investigation might be comprised should any of the foregoing documents be made publicly available at this time. The Government was unaware of this at the time of the hearing and failed to request that the Complaint be sealed.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By:   /s/Karen E. Gilbert
Karen E. Gilbert
Assistant United States Attorney
Florida Bar No. 771007
99 N.E. 4th Street, 8th Floor
Miami, FL 33132
Telephone: (305) 961-9161
Facsimile: (305) 536-4675
Email: Karen.Gilbert@usdoj.gov