UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-MJ-02247-CMM

IN RE:   SEALED COMPLAINT

_____/

## SEALED ORDER

The United States of America, having applied to this Court for and Order sealing the complaint, and this order and the Court finding good cause:

IT IS HEREBY ORDERED that the complaint (DE 1), supporting affidavit, this motion, and this order shall be filed under seal until further order of this Court. However, the United States Attorney's Office and defense counsel may obtain copies of any complaint and the supporting Affidavit.

DONE AND ORDERED in chambers at Miami, Florida, this 18th day of February 2020.

_____
HONORABLE CHRIS A. McALILEY
UNITED STATES MAGISTRATE JUDGE

cc: Karen E. Gilbert, Assistant United States Attorney