*This case is sealed - after court was over!*

# MINUTE ORDER

Page 10

## Magistrate Judge Chris M. McAliley

**Atkins Building Courthouse - 6th Floor**      Date: 2/18/2020    Time: 1:30 p.m.

Defendant: Hector Cabrera Fuentes    J#: 20862-104    Case #: 20-2247-McAliley

AUSA: Karen Gilbert     Attorney: appd - Bonnie Williams

Violation: Foreign Agent Registration Act    *michael Tallur*    Surr/Arrest Date: 2/17/2020   YOB: 1985

Proceeding: Initial Appearance      CJA Appt:

Bond/PTD Held: ⊙ Yes   ⊙ No    Recommended Bond:

Bond Set at:      Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs    Language: English
- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services _____ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: _____
- ☐ Other: _____

Disposition:
D/ produced.
D/ sworn.
Appt of PY as temp csl.

Govt. req. PTD as a risk of flight.

Rpt req. status as to private csl.

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:    Time:    Judge:    Place:

| | Date | Time | Judge | Place |
|---|---|---|---|---|
| (Report RE Counsel:) | 2/21/20 | 10 Am | | |
| (PTD) Bond Hearing: | 2/21/20 | 10 Am | | 2/21/20 10 Am |
| (Prelim/Arraign or Removal:) | 3/3/20 | 10 Am | | |

Status Conference RE:

D.A.R. 14:23:06      Time in Court: 7

s/Chris M. McAliley      Magistrate Judge

*Temp. appt apfd - bar PTD req.*