UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: **20-MJ-02247-CMM**

RE:

SEALED CRIMINAL COMPLAINT
_____/

## MOTION TO UNSEAL

**COMES NOW** the United States of America, by and through the undersigned Assistant United States Attorney, and hereby requests this Honorable Court to unseal the complaint (DE 1) filed. Sealing in no longer necessary.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By: /s/*Michael Thakur*_____
Michael Thakur
Assistant United States Attorney
Court No. A5501474
99 N.E. 4TH Street, 8th Floor
Miami, Florida 33132
Tel:   305-961-9361
Fax: 305-536-4675
Email: Michael.Thakur@usdoj.gov