UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: **20-MJ-02247-CMM**

RE:

SEALED CRIMINAL COMPLAINT

_____/

## ORDER TO UNSEAL

This cause came before this Court on the Government's Motion to Unseal.   The Court

being fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that the Government's Motion is hereby granted, and

the Clerk of the Court shall unseal the criminal complaint (DE 1) and accompanying documents.

**DONE AND ORDERED** at Miami Florida, this _19th_ day of February 2020.

_____
HONORABLE CHRIS M. McALILEY
UNITED STATES MAGISTRATE JUDGE

cc: AUSA Michael Thakur

2